IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01748-GPG

**DIRK BROWN**,

    Applicant,

v.

**JASON LENGERICH**, BVCC Warden, and
**CYNTHIA COFFMAN**, Attorney General of the State of Colorado,

    Respondents.

## ORDER DRAWING CASE

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a presiding judge and, if applicable, to a magistrate judge. *See* D.C.COLO.LCivR 8.1(c). Accordingly, it is

**ORDERED** that this case shall be drawn to a presiding judge and, if applicable, to a magistrate judge.

DATED October 6, 2015, at Denver, Colorado.

                BY THE COURT:

                S/ Gordon P. Gallagher

                Gordon P. Gallagher
                United States Magistrate Judge