IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01748-PAB

DIRK BROWN,

    Applicant,

v.

JASON LENGERICH, BVCC Warden, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## ORDER FOR STATE COURT RECORD AND TO ANSWER

After preliminary consideration of the second amended application for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, it is

**ORDERED** that

(1)    Within **thirty days from the date of this order** the Respondents shall file with the Clerk of the Court, in electronic format if available, a copy of the complete record of Applicant's state court proceedings in Arapahoe County District Court case number 10CR131, including all documents in the state court file, transcripts of all proceedings conducted in the state court and any physical evidence relevant to the asserted claims;

(2)    Within **thirty days from the date the state court record is provided to the Court**, Respondents shall file an Answer conforming to the requirements of Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts;

(3) Within **thirty days from the date the Respondents file an Answer,** Applicant may file a Reply if he desires; and

(4) The Clerk of the Court is directed to send copies of this order to the clerk of the state court from which the case originated and to the Court Services Manager, Office of the State Court Administrator, by United States mail, first class postage prepaid, at the following addresses:

>Clerk of the Court
>Arapahoe County District Court
>7325 South Potomac Street
>Centennial, Colorado 80112;

>Court Services Manager
>Office of the State Court Administrator
>1300 Broadway, Suite 1200
>Denver, Colorado  80203

DATED October 30, 2015.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge