IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01748-PAB

DIRK BROWN,

     Applicant,

v.

JASON LENGERICH, BVCC Warden, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

     Respondents.

## MINUTE ORDER

**Entered by Judge Philip A. Brimmer**

     Plaintiff's Motion for Loan of the Record in Habeas Corpus Action [Docket No. 28] is **DENIED**. It would not be appropriate to allow applicant to borrow the copy of the record filed by respondents. Moreover, even if his motion is construed as a request for a copy of the record, applicant has failed to demonstrate that his claim is not frivolous and that the transcript is needed to decide the issue presented by his lawsuit. *Brown v. N.M. Dist. Court Clerks*, 1998 WL 123064, at *3 n.1 (10th Cir. Mar. 19, 1998) (unpublished).

     Respondents' Motion to Clarify Order for State Court Record and to Answer [Docket No. 25] is **DENIED** as moot as Respondents have filed their Answer.

     Dated: January 8, 2016