IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01748-PAB

DIRK BROWN,

    Applicant,

v.

JASON LENGERICH, BVCC Warden, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## MINUTE ORDER

**Entered by Judge Philip A. Brimmer**

    Applicant's "Motion to Rescind Court's Erroneous Habeas Corpus Ruling . . . Pursuant to . . . FRCP 5(b)(2)(C)(f)/FRCP Rule 6(d)(e)" [Docket No. 36], filed on February 11, 2016, is DENIED AS MOOT.  On February 12, 2016, the Court issued an Order in which the Court, *inter alia*, carefully considered the arguments raised by Applicant in his reply brief [Docket No. 35], but found no basis upon which to reconsider the January 22, 2016 Order Denying Writ of Habeas Corpus [Docket No. 31].

    DATED February 18, 2016.