IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01748-PAB

DIRK BROWN,

    Applicant,

v.

JASON LENGERICH, BVCC Warden, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## MINUTE ORDER

**Entered by Judge Philip A. Brimmer**

    Applicant's Motions for Certificate of Appealability (Docket Nos. 39 and 40) filed on March 14, 2016, are DENIED AS MOOT.   The Court previously denied Applicant a certificate of appealability under 28 U.S.C. § 2253(c).   *See* January 22, 2016 Order Denying Writ of Habeas Corpus (Docket No. 31 at 21).

    Applicant may file his request for a certificate of appealability in the Court of Appeals for the Tenth Circuit.

    Dated:   March 16, 2016.